1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDREW FLORENCIO LIMONES,

11          Petitioner,                    No. CIV S-07-0443 MCE DAD P

12   vs.

13   JERRY BROWN, et al.,

14          Respondents.                   ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an

17   amended petition for a writ of habeas corpus pursuant to this court's March 23, 2007 order.

18          Since petitioner may be entitled to relief if the claimed violation of constitutional

19   rights is proved, respondents will be directed to file a response to petitioner's March 30, 2007

20   amended habeas petition.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Respondents are directed to file a response to petitioner's March 30, 2007

23   amended habeas petition within thirty days from the date of this order.  See Rule 4, Fed. R.

24   Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other

25   documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254

26   Cases;

2.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

4.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's March 30, 2007 amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,  Senior Assistant Attorney General.

DATED: May 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
limo0443.100

2