IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW FLORENCIO LIMONES,** | CIV S-07-0443 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JERRY BROWN, et al.,** | |
| Respondents. | |

On June 12, 2007, Respondents requested an extension of time to respond to Petitioner's amended petition for a writ of habeas corpus. Good cause appearing, Respondents' request for a thirty-day (30) enlargement of time is granted. Respondents shall file a response to Petitioner's amended petition for a writ of habeas corpus on or before July 18, 2007.

DATED: June 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/limo0443.111