IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW FLORENCIO LIMONES,** | CIV S-07-0443 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JERRY BROWN, et al.,** | |
| Respondents. | |

On July 17, 2007, Respondents requested a second extension of time to file a response to petitioner's amended petition. Good cause appearing, Respondents' request for a thirty-day (30) enlargement of time is granted. Respondents' response to Petitioner's petition for writ of habeas corpus shall be filed on or before August 19, 2007.

DATED: July 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/limo0443.111(2)

1